# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| TIFFANY MITTEREDER, | : | No. 23 WAL 2016 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| SEVEN SPRINGS MOUNTAIN RESORT, | : | |
| INC.; SEVEN SPRINGS FARM, INC., | : | |
| SEVEN SPRINGS MOUNTAIN RESORT, | : | |
| INC., T/D/B/A SEVEN SPRINGS; SEVEN | : | |
| SPRINGS MOUNTAIN RESORT, INC., | : | |
| T/D/B/A SEVEN SPRINGS MOUNTAIN | : | |
| RESORT; SEVEN SPRINGS FARM, INC., | : | |
| T/D/B/A SEVEN SPRINGS; SEVEN | : | |
| SPRINGS MOUNTAIN RESORT, | : | |
| | : | |
| Respondent | : | |

## ORDER


**PER CURIAM**

    **AND NOW**, this 16th day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.